UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE PAREJA  *individually and on behalf of others similarly situated,*<br><br>*Plaintiff,*<br><br>-against-<br><br>184 Food Corp, et al.<br><br>*Defendants.* | Index No. 18-cv-5887<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

    Colin Mulholland, Esq., the undersigned counsel, respectfully moves to withdraw as counsel for Plaintiff in the above-captioned matter, because he will be leaving the employ of Michael Faillace & Associates, P.C. by March 8th, 2019.

    Michael Faillace, Esq. and his attorneys at Michael Faillace & Associates, P.C. will continue to represent the Plaintiff in this matter, and, thus, no party will be prejudiced if this Motion is granted.

    WHEREFORE, undersigned counsel respectfully requests that this Court permit Colin Mulholland, Esq. to withdraw as counsel for the Plaintiff in this matter.

Dated: New York, New York       Respectfully submitted,
       March 6th, 2019

                                       */s/ Colin Mulholland, Esq.*
                                       Colin Mulholland, Esq.
                                       Michael Faillace & Associates, P.C.
                                       60 East 42nd Street, Suite 4510
                                       New York, New York 10165
                                       *Attorneys for Plaintiffs*