**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------X
JOSE PAREJA, *individually and on behalf of others similarly situated,*

                *Plaintiff,*

   -against-

184 FOOD CORP. (D/B/A BRAVO SUPERMARKET F/K/A PIONEER SUPERMARKET), et al,

                *Defendants.*
----------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/20/19

**18-cv-05887**

**CERTIFICATE OF DEFAULT**

    I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on June 29, 2018 with the filing of a summons and complaint (Dkt. No. 1). An amended complaint was filed on October 31, 2018 (Dkt. No. 46). A second amended complaint, naming Defendant Gregory Gonzalez as a party, was filed on January 28, 2019 (Dkt. No. 123); a copy of the summons and second amended complaint was served on Defendant Gregory Gonzalez on February 16, 2019, pursuant to Fed. R. Civ. P. 4(e)(1), by personally leaving a copy with Mr. Ricardo, a person of suitable age and discretion, who identified himself as a relative; and proof of such service on the said Defendant was filed on February 26, 2019 (Dkt. No. 157).

    I further certify that the docket entries indicate that the above-named Defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the Gregory Gonzalez is hereby noted.

Dated: New York, New York
       March 20, 2019

                              **RUBY J. KRAJICK**
                              Clerk of the Court

                              By: _____
                              Deputy Clerk