UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jose Pareja, *individually and on behalf of others similarly situated*,<br><br>*Plaintiff,*<br><br>-against-<br><br>184 Food Corp. et al.,<br><br>*Defendants.* | Index No. 18-cv-05887<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

    Paul Hershan, Esq., the undersigned counsel, respectfully moves to withdraw as counsel for Plaintiff in the above-captioned matter, as his last day of employment with the law firm of Michael Faillace & Associates, P.C. is Friday, October 11, 2019.

    Michael Faillace & Associates, P.C. will continue to represent the Plaintiff in this matter, and no party will be prejudiced if this Motion is granted.

    WHEREFORE, undersigned counsel respectfully requests that this Court permit Paul Hershan to withdraw as counsel for the Plaintiff in this matter.

Dated: New York, New York
       October 9, 2019

Respectfully submitted,

*/s/ Paul Hershan*
Paul Hershan, Esq.
Michael Faillace & Associates, P.C.
60 East 42nd Street, Suite 4510
New York, New York 10165
*Attorneys for Plaintiff*