# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 East 42nd Street, Suite 4510 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

_____

November 4, 2019

**VIA ECF**

Hon. J. Paul Oetken
United States District Judge
United States District Court
40 Foley Square
New York, NY 10007

       Re:    Pareja v. 184 Food Corp. (d/b/a Bravo Supermarket), et al.;
               Case No. 18-cv-5887-JPO

Dear Judge Oetken:

      This office represents Plaintiff in the above-referenced matter. I write to renew the request for an extension of time to complete discovery from November 4, 2019 to January 10, 2020 and to adjourn the status conference currently set for November 8, 2019 to January 17, 2019, as counsel for Defendants 0113 Food Corp. d/b/a Bravo Supermarket, Jose Marte, Gustavo Doe, Giovanni Doe and Jose Doe has consented. I am requesting the extension because I recently joined Plaintiff's counsel's firm and have taken over work on this case from the prior associate. This is the second request for the same extension of time sought on Friday, November 1, 2019. I apologize to the Court for the lateness of the motion.

      I thank the Court for its time and attention to this matter.

Respectfully Submitted,

*/s/Finn Dusenbery, Esq.*
Finn Dusenbery, Esq.
MICHAEL FAILLACE & ASSOCIATES, P.C.

*Attorneys for Plaintiff*