UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

Jose Pareja, individually and on behalf of all others similarly situated,

                         Plaintiff,

            -against-

184 Food Corp. et al.,

                         Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/22/2020

1:18-cv-05887 (SDA)

ORDER SCHEDULING
STATUS CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

    The parties are directed to appear for a status conference in this action on Thursday, February 27, 2020 at 11:00 a.m. in Courtroom 11C, 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

DATED:    New York, New York
                January 22, 2020

                                            _____
                                            STEWART D. AARON
                                            United States Magistrate Judge