UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jose Pareja, individually and on behalf of all others similarly situated,

                Plaintiff,

-against-

184 Food Corp. et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/4/2020

1:18-cv-05887 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    It is hereby Ordered that, no later than Tuesday, August 11, 2020, the parties shall file a joint letter indicating whether any party intends to file a dispositive motion and, if so, setting forth a proposed briefing schedule. The parties also shall indicate whether the parties consent to a bench trial in this action.

**SO ORDERED.**

DATED:    New York, New York
                August 4, 2020

                                            _____
                                            STEWART D. AARON
                                            United States Magistrate Judge