USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/29/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jose Pareja, individually and on behalf of all others similarly situated,

        Plaintiff,

-against-

184 Food Corp. et al.,

        Defendants.

1:18-cv-05887 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    It is hereby Ordered that, no later than Thursday, October 29, 2020, Plaintiff shall file a renewed motion for default judgment with respect to the Defendants that have not appeared in this action. (*See* Order, ECF No. 198.)

    It is further Ordered that, no later than October 29, 2020, Defendants 0113 Food Corp., Giovanni Marte, Gustavo Marte, and Jose Marte (the "Appearing Defendants") shall seek a Certificate of Default from the Clerk of Court regarding their crossclaim against 184 Food Corp. The Appearing Defendants shall file their anticipated motion for default judgment no later than November 30, 2020.

**SO ORDERED.**

DATED:    New York, New York
              September 29, 2020

                                              */s/ Stewart D. Aaron*
                                              STEWART D. AARON
                                              United States Magistrate Judge