USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Jose Pareja, individually and on behalf of all others similarly situated,**

                        **Plaintiff,**

-against-

**184 Food Corp. et al.,**

                        **Defendants.**

1:18-cv-05887 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

This case contains claims under the Fair Labor Standards Act. On January 17, 2020 an Order was issued on the parties' consent referring disposition of this matter to the undersigned pursuant to 28 U.S.C. § 636(c). (ECF No. 220.) On November 17, 2020 Plaintiff and Defendants 0113 Food Corp., Giovanni Marte, Gustavo Marte, and Jose Marte (the "Settling Defendants") submitted their proposed settlement agreement. (ECF No. 239.) Having reviewed the proposed settlement, the Court finds that it is fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).[1]

Accordingly, the settlement is approved on the condition that the Settlement Agreement (ECF No. 239-1) be signed and fully executed. No later than December 18, 2020, Plaintiff and the Settling Defendants shall file a stipulation of dismissal, attaching the fully executed Settlement Agreement.

---

[1] The Court's approval does not amount to an endorsement of the hourly rates of Plaintiff's attorneys, several of which the Court has found to be excessive. *See, e.g., Montes v. 11 Hanover Grp. LLC*, No. 17-CV-09376 (SDA), 2019 WL 4392516, at *2 (S.D.N.Y. Sept. 12, 2019); *Sanchez v. DPC New York Inc.*, 381 F. Supp. 3d 245, 251 (S.D.N.Y. 2019). Nonetheless, because the fee award in this case is well below even a significantly reduced lodestar, the Court finds that the settlement is fair and reasonable.

**SO ORDERED.**

DATED: New York, New York
November 18, 2020

_____
STEWART D. AARON
United States Magistrate Judge