```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/10/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jose Pareja, individually and on behalf of all others similarly situated,

                    Plaintiff,

-against-

184 Food Corp. et al.,

                    Defendants.

1:18-cv-05887 (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby Ordered that, no later December 17, 2020, Plaintiff shall: (1) file proof of service on the defaulting Defendants of its motion for default judgment and supporting papers (ECF Nos. 240, 241 & 242), and (2) email to Chambers a Word document of the proposed judgment filed at ECF No. 241-23.

SO ORDERED.

DATED:      New York, New York
                  December 10, 2020

_____
STEWART D. AARON
United States Magistrate Judge