USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/2/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jose Pareja, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> -against- <br><br> 184 Food Corp. et al., <br><br> Defendants. | 1:18-cv-05887 (SDA) <br><br> **ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

The deadline for the parties to file a stipulation of dismissal attaching the fully executed Settlement Agreement was February 1, 2021. (Order, ECF No. 246.) As no such stipulation has been filed, it is hereby Ordered that, no later February 9, 2021, Defendants' counsel shall either: (1) file a stipulation attaching the fully executed Settlement Agreement; or (2) file a motion, pursuant to Local Civil Rule 1.4, to withdraw as counsel.

**SO ORDERED.**

DATED:   New York, New York
         February 2, 2021

_____
STEWART D. AARON
United States Magistrate Judge