UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jose Pareja, individually and on behalf of all others similarly situated,

                  Plaintiff,

-against-

184 Food Corp. et al.,

                  Defendants.

1:18-cv-05887 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    Pursuant to the Court's March 1, 2021 Order, if Defendant 0113 Food Corp. had not appeared by counsel by March 31, 2021, Plaintiffs were to seek a certificate of default no later than April 7, 2021. (Order, ECF No. 52.) As of the date of this Order, Plaintiffs have not done so.

    It is hereby Ordered that the telephone conference scheduled for April 13, 2021 is adjourned until Thursday, April 22, 2021 at 11:00 a.m. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745. Plaintiffs shall seek a certificate of default as to Defendant 0113 Food Corp. prior to the telephone conference.

    The individual defendants, Giovanni Marte, Gustavo Marte, and Jose Marte, now proceeding *pro se*, are reminded that they are required to appear for the telephone conference. Failure to do so may result in the imposition of sanctions, up to and including entry of a default judgment against them.

The Clerk of Court is respectfully requested to mail a copy of this Order to *pro se* Defendants Giovanni Marte, Gustavo Marte, and Jose Marte at the following address: 184 West 231st Street, Bronx, NY 10463. (*See* Cert. of Service, ECF No. 263.)

**SO ORDERED.**

DATED:     New York, New York
           April 9, 2021

_____
STEWART D. AARON
United States Magistrate Judge