**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

JOSE PAREJA, *individually and on behalf of*
*others similarly situated,*

                 *Plaintiff,*

        -against-

184 FOOD CORP. (D/B/A BRAVO
SUPERMARKET F/K/A PIONEER
SUPERMARKET), et al,

              *Defendants..*
-------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/22/2021

**18-cv-05887**

**CERTIFICATE OF DEFAULT**

    I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on June 29, 2018 with the filing of a summons and complaint (Dkt. No. 1). An amended complaint, naming Defendant 0113 Food Corp. as a party, was filed on October 31, 2018 (Dkt. No. 46); a copy of the amended summons and first amended complaint was served on Defendant 0113 Food Corp. on November 2, 2018 (Dkt. No. 67). A second amended complaint was filed on January 28, 2019 (Dkt. No. 123). A copy of the amended summons and second amended complaint was served on 0113 Food Corp. on February 6, 2019, pursuant to Fed. R. Civ. P. 4(h) (1)(B), by personally serving Amy Lesch, an authorized agent in the office of the Secretary of State of New York pursuant to N.Y. C.P.L.R § 311(a)(1) and N.Y. B.C.L. §306(b)(1); and proof of such service on the said Defendant was filed on February 6, 2019 (Dkt. No. 153). 0113 Food Corp. appeared via counsel on April 30, 2019. (Dkt. No. 195). Counsel for 0113 Food Corp. was permitted to withdraw on March 1, 2021. (Dkt. No. 252). 0113 Food Corp. was ordered to appear via new counsel by March 31, 2021. (Dkt. 252).

    I further certify that the docket entries indicate that the above named Defendant has not appeared via counsel by March 31, 2021. The default of the Defendant 0113 Food Corp. is hereby noted.

Dated: New York, New York
       April 22, 2021

                             **RUBY J. KRAJICK**
                             Clerk of the Court

                             By: _____
                             Deputy Clerk