UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE PAREJA, et al.,

                Plaintiffs,

    -v-

184 FOOD CORP., et al.,

                Defendants.

18-CV-5887 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    On January 17, 2020, the parties consented to having a United States magistrate judge conduct all proceedings in this case. (*See* Dkt. No. 220.) This consent was valid as to Plaintiffs and the appearing Defendants. With respect to the non-appearing Defendants, however, any final decision by the magistrate judge will be in the form of a Report and Recommendation because the non-appearing Defendants have not consented to the magistrate judge's jurisdiction. *See generally New York Chinese TV Programs, Inc. v. U.E. Enters., Inc.*, 996 F.2d 21, 25 (2d Cir. 1993) (absent consent, magistrate judge not authorized to issue final order).

    SO ORDERED.

Dated: April 27, 2021
       New York, New York

                                                J. PAUL OETKEN
                                         United States District Judge