```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/27/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jose Pareja, individually and on behalf of all others similarly situated,

                Plaintiff,

-against-

184 Food Corp. et al.,

                Defendants.

1:18-cv-05887 (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference on April 22, 2021, during which only Plaintiff appeared, it is hereby Ordered that Plaintiff shall file his anticipated motion for a default judgment against Defendants 0113 Food Corp., Giovanni Marte, Gustavo Marte, and Jose Marte no later than May 18, 2021. Defendants shall file any response no later than June 1, 2021. Any response by Defendant 0113 Food Corp. must be through counsel. (*See* 2/10/21 Order, ECF No. 250.)

The Clerk of Court is respectfully requested to mail a copy of this Order to Defendants 0113 Food Corp., Giovanni Marte, Gustavo Marte and Jose Marte at the following address: 184 West 231st Street, Bronx, NY 10463.

**SO ORDERED.**

DATED:    New York, New York
             April 27, 2021

                                            _____
                                            STEWART D. AARON
                                            United States Magistrate Judge