USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/19/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jose Pareja, individually and on behalf of all others similarly situated,

                Plaintiff,

-against-

184 Food Corp. et al.,

                Defendants.

1:18-cv-05887 (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby Ordered that, no later than May 26, 2021, Plaintiffs shall file on the docket proof of service of their Motion for Default Judgment on Defendants.

**SO ORDERED.**

DATED:    New York, New York
               May 19, 2021

_____
STEWART D. AARON
United States Magistrate Judge