**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
Jose Pareja, individually and on behalf of all
others similarly situated,

                Plaintiff,                          18 **CIVIL** 5887 (JPO)(SDA)

        -against-                            **DEFAULT JUDGMENT**

184 Food Corp. et al.,
                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order and Report and Recommendations dated July 22, 2021, judgment is entered in favor of the Plaintiff against these defendants in the amount of $169,224.26 (consisting of $73,940.63 in unpaid overtime wages, $5,671.50 in spread of hours pay, $79,612.13 in liquidated damages and $10,000.00 for wage notice and statement violations). It is further Ordered as follows: (1) pre-judgment interest is awarded at the rate of 9% per annum on the sum of $79,612.13 from October 12, 2016 until the date of entry of judgment, in the amount of $34,255.03; and (2) Plaintiff is awarded $26,169.05 in attorneys' fees and costs. With respect to Defendants 184 Food Corp., 231 Food Corp., DG 231 Food Corp., 640 Pelham Food Corp., G&G Pelham Food Corp., Rafael Montes Deoca, Rafael Montes Deoca Jr. and Gregory Gonzalez.

**Dated:** New York, New York
           July 23, 2021

                                                                     **RUBY J. KRAJICK**
                                                                     **Clerk of Court**
                                        **BY:**      *K. Mango*
                                                                        **Deputy Clerk**