UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jose Pareja, individually and on behalf of all others similarly situated,

                     Plaintiff,

-against-

184 Food Corp. et al.,

                     Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/9/2021

1:18-cv-05887 (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

WHEREAS, on July 22, 2021, the Court issued an Order and Report and Recommendation (ECF No. 270) ordering that a default judgment be entered against Defendants 0113 Food Corp., Giovanni Marte, Jose Marte and Gustavo Marte and *recommending* that a default judgment be entered against Defendants 184 Food Corp., 231 Food Corp., DG 231 Food Corp., 640 Pelham Food Corp., G&G Pelham Food Corp., Rafael Montes Deoca, Rafael Montes Deoca Jr. and Gregory Gonzalez;[1] AND

WHEREAS, on July 23, 2021, the Clerk of Court erroneously entered default judgment against Defendants 184 Food Corp., 231 Food Corp., DG 231 Food Corp., 640 Pelham Food Corp., G&G Pelham Food Corp., Rafael Montes Deoca, Rafael Montes Deoca Jr. and Gregory Gonzalez instead of Defendants 0113 Food Corp., Giovanni Marte, Jose Marte and Gustavo Marte. (Default J., ECF No. 272.)

---

[1] As set forth in footnote 1 of the Court's Order and Report & Recommendation, only the Defendants that had previously appeared in this action consented to proceed before Judge Aaron. (7/22/2021 Order & Report and Recommendation, ECF No. 270, at 2 n.1.) Accordingly, the Court issued an Order with respect to certain Defendants and a Report & Recommendation to District Judge Oetken, to whom this case had been assigned, for the remaining Defendants. (*See id*.)

NOW, THEREFORE, IT IS HEREBY ORDERED THAT the Clerk of Court is respectfully requested to vacate the default judgment at ECF No. 272. The Clerk of Court is requested to issue a new judgment following Judge Oetken's decision on the pending Report & Recommendation.

**SO ORDERED.**

DATED:   New York, New York
         August 9, 2021

_____
STEWART D. AARON
United States Magistrate Judge